# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 25, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156832

THE DETROIT MEDICAL CENTER,
    Plaintiff-Appellant,

v

    SC: 156832
    COA: 326793
    Wayne CC: 13-015970-NF

MICHIGAN PROPERTY & CASUALTY
GUARANTY ASSOCIATION,
    Defendant-Appellee,

and

MICHIGAN ASSIGNED CLAIMS FACILITY,
    Defendant.

_____/

On order of the Court, the application for leave to appeal the October 19, 2017 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *W A Foote Memorial Hospital v Michigan Assigned Claims Plan* (Docket No. 156622) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 25, 2018



a0522

Clerk